UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BOBBIE A. JACKSON )
        Plaintiff, )
 )
v. ) **JUDGMENT**
 ) No. 5:16-cv-873-FL
TYCO ELECTRONICS CORPORATION )
        Defendant )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 29, 2018, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is granted.

**This Judgment Filed and Entered on September 29, 2018, and Copies To:**

Lee Lin Tart Malone /Robert Anthony Buzzard (via CM/ECF Notice of Electronic Filing)
Brodie D. Erwin / Kevin Scott Joyner (via CM/ECF Notice of Electronic Filing)

September 29, 2018        PETER A. MOORE, JR., CLERK

                         /s/ Sandra K. Collins
                        (By) Sandra K. Collins, Deputy Clerk